# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-00018-RCJ-GWF |
| Plaintiff, | Case No.: 2:19-CV-00552-RCJ |
| vs. | ORDER |
| OREN SNOWDEN, | |
| Defendant. | |

Before the Court is Defendant's Motion Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (ECF No. 44) and Supplement (ECF No. 45). Accordingly,

IT IS HEREBY ORDERED that the Government shall file a response to the motion (ECF Nos. 44, 45) on or before Friday, October 11, 2019.

IT IS SO ORDERED.

DATED: This 19th day of September, 2019

_____
ROBERT C. JONES