# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OREN SNOWDEN,<br><br>Defendant. | Case No. 2:18-cr-18-RCJ- GWF<br><br>**Order** |

Based upon the pending motion of the government, and good cause appearing,

**IT IS HEREBY ORDERED** that the government shall have until November 1, 2019, to file its response to Defendant Oren Snowden's Section 2255 motion and supplement; and

**IT IS FURTHER ORDERED** that if, after reviewing the change-of-plea transcript, government counsel believes an affidavit from Snowden's trial defense counsel is necessary to respond to the ineffective-assistance-of-counsel claim, the government will promptly file a request for an Order directing defense counsel to provide that affidavit.

DATED this 4th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

5