# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

OREN SNOWDEN,

        Defendant-Petitioner.

JUDGMENT

Case Number: **2:18-CR-00018-RCJ-GWF**
(Related Case  2:19-CV-00552-RCJ)

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 44) is DENIED.
    **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.
    **IT IS FURTHER ORDERED** that judgment is hereby entered and this case is closed.



Date: March 3, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk