1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9
UNITED STATES,                                )
                                              )
10
         Plaintiff,                           )
                                              )
11
    vs.                                       )          2:18-cr-00018-RCJ-GWF
                                              )
12
OREN SNOWDEN,                                 )          **ORDER**
                                              )
13
         Defendant.                           )
                                              )
14
_____              )

15
        Defendant moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A). He argues

16
his risk of contracting COVID-19 while incarcerated in conjunction with his diagnoses of type 1

17
diabetes and stage 3 kidney disease presents an extraordinary and compelling reason justifying his

18
release. (ECF No. 65.)[1] The Government opposes this motion. (ECF No. 67.) The Court finds that

19
Defendant's circumstances are not extraordinary and compelling and thus denies the motion.

20
        A district court may not generally "modify a term of imprisonment once it has been

21
imposed." 18 U.S.C. § 3582(c). One exception to this rule is that a court may grant a reduction to

22
a term of imprisonment based upon "extraordinary and compelling reasons" if such a reduction is

23
consistent with the factors set forth in 18 U.S.C. § 3553(a) and the defendant "is not a not a danger

24

---

[1] Defendant also moves to seal his medical records. (ECF No. 66.) The Court grants this motion.

to the safety of any other person or the community, as provided under [18 U.S.C. §] 3142(g)."
§ 3582(c)(1)(A).

The Court does not find extraordinary and compelling circumstances here because Defendant has been offered and has refused to take a COVID-19 vaccine. (ECF No. 67-3 at 48 of 142.) This Court agrees with the majority of other courts in holding one cannot reasonably expect that "prolonging his risk by declining vaccination will be rewarded with a sentence reduction." *United States v. Lohmeier*, No. 12 CR 1005, 2021 WL 365773, at *2 (N.D. Ill. Feb. 3, 2021); *see, e.g., United States v. King*, 2021 WL 736422, at *2 (S.D.N.Y. Feb. 24, 2021); *United States v. McBride*, 2021 WL 354129, at *3 (W.D.N.C. Feb. 2, 2021). As such, this Court must deny this motion.

## CONCLUSION

IT IS HEREBY ORDERED that Motion for Compassionate Release (ECF No. 65) is DENIED.

IT IS FURTHER ORDERED that Motion to Seal (ECF No. 66) is GRANTED.

IT IS SO ORDERED.

Dated November 8, 2021.

_____
ROBERT C. JONES
United States District Judge