# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OREN SNOWDEN,<br><br>　　　　　Defendant. | CASE NO.:  2:18-CR-00018-RCJ<br><br>**ORDER** |

Defendant moves for a copy of Court Order (ECF No. 70).  Accordingly,

**IT IS HEREBY ORDERED** that motion (ECF No. 71) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of Order (ECF No. 70) to Mr. Snowden and update the docket to reflect his new address as follows:

>Oren Snowden #45842-048
>Medical Center for Federal Prisoners – Springfield
>P.O. Box 4000
>Springfield, Missouri 65801-4000

**IT IS SO ORDERED**.

Dated April 11, 2022.

_____
ROBERT C. JONES
United States District Judge

1 of 1